49

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2003 NOV 20  P 1: 20

US DISTRICT COURT
BRIDGEPORT CT

|  |  |
|---|---|
| ALLSTATE INSURANCE COMPANY, | CIVIL ACTION NO.: |
| Plaintiff, | 3:01CV1695(AHN) |
| v. |  |
| HAMILTON BEACH/PROCTOR-SILEX, |  |
| Defendant. |  |
|  | NOVEMBER 19, 2003 |

**DEFENDANT'S UNCONTESTED MOTION TO AMEND THE SCHEDULING ORDER**

Defendant Hamilton Beach/Proctor-Silex, Inc., by its undersigned counsel, pursuant to the Federal Rules of Civil Procedure, hereby moves this Honorable Court for an Order amending the current scheduling order. This is defendant's fourth such motion to amend.

Defendant relies upon the facts and authorities set forth in the accompanying memorandum of law. A proposed Order is attached hereto as Exhibit A.

12/02/03  GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.

2003 DEC -3  P 5: 00
US DISTRICT COURT