FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2003 DEC -3  P 5:08

US DISTRICT COURT
BRIDGEPORT CT

|  |  |
|---|---|
| ALLSTATE INSURANCE COMPANY, | CIVIL ACTION NO.: |
| Plaintiff, | 3:01CV1695(AHN) |
| v. |  |
| HAMILTON BEACH/PROCTOR-SILEX, |  |
| Defendant. |  |
|  | NOVEMBER 19, 2003 |

### SIXTH AMENDED SCHEDULING ORDER

A.  *Joinder of Parties and Amendment of Pleadings.*

1.  Plaintiff(s) should be allowed until March 1, 2002 to file motions to join additional parties.

2.  Defendant(s) should be allowed until April 15, 2002 to file motions to join additional parties.

B.  *Discovery.*

1.  The parties anticipate that discovery will be needed on the following subjects:

    a)  The cause of the fire and the causal connection between the alleged damages and conduct complained of;

    b)  The plaintiff's insured's purchase and use (or misuse) of the toaster;

    c)  Defendant's design of the toaster;

    d)  Defendant's claim history with respect to food load fires;

   e)  Whether the toaster was altered, modified or used in a manner different from the use for which it was intended; and

   f)  The amount and extent of plaintiff's damages.

2. All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be commenced by March 1, 2002 and completed by April 15, 2004.

3. Discovery will not be conducted in phases.

4. There are no issues for early discovery.

5. The parties anticipate that the plaintiff(s) will require a total of five (5) depositions of fact witnesses and that the defendant(s) will require a total of five (5) depositions of fact witnesses. The depositions will commence by May 1, 2002 and be completed by the close of discovery, April 15, 2004.

6. The parties may request permission to serve more than twenty-five (25) interrogatories.

7. Plaintiff(s) intend to call expert witnesses at trial. Plaintiff(s) will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by March 15, 2003. Depositions of any such experts will be completed by February 29, 2004. Plaintiff requests time after defendant's experts are deposed to provide rebuttal expert disclosure, on or before March 15, 2004. Depositions of rebuttal experts will be completed by April 15, 2004.

8. Defendants intend to call expert witnesses at trial. Defendants will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ.

P. 26(a)(2) by January 31, 2004. Depositions of such experts will be completed by February 29, 2004.

9. A damages analysis will be provided by any party who has a claim or counterclaim for damages by August 30, 2003.

C. *Dispositive Motions.* Dispositive motions will be filed on or before March 31, 2004.

D. *Joint Trial Memorandum.* The joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed by May 31, 2004, or forty-five (45) days following the judge's ruling on dispositive motions, whichever is later.

II. **Trial Readiness.** The case will be ready for trial likely by June, 2004.

As officers of the Court, undersigned counsel agree to cooperate with each other and the Court to promote the just, speedy and inexpensive determination of this action.

SO ORDERED:

USDJ