IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | CIVIL ACTION NO. **3:01CV1695(ANH)** |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| HAMILTON BEACH/PROCTOR-SILEX | |
| Defendants. | |

### STIPULATION OF DISMISSAL

Plaintiff and defendant, by their undersigned counsel, hereby stipulate and agree that the above-captioned matter shall be and hereby are dismissed with prejudice, without costs.

COZEN O'CONNOR

_____
WILLIAM N. CLARK, JR., ESQUIRE
The Atrium
1900 Market Street
Philadelphia, PA 19103

Attorneys for Plaintiff

DATED: 3/22/04

TYLER COOPER & ALCORN, LLP

_____
S. PETER SACHNER
205 Church Street
P.O. Box 1936
New Haven, Connecticut 06509-1910

Attorneys for Defendant

DATED: 3/23/04

SO APPROVED:

_____
U.S.D.C.

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first class, postage prepaid, on this 23rd day of March, 2004 to:

> William N. Clark, Jr., Esquire
> Cozen & O'Connor
> 1900 Market Street
> Philadelphia, PA 19103-3508

S. Peter Sachner