

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

**FILED** 2004 MAR 24 P 12: 01
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | CIVIL ACTION NO. 3:01CV1695(ANH) |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| HAMILTON BEACH/PROCTOR-SILEX | |
| Defendants. | |

## STIPULATION OF DISMISSAL

Plaintiff and defendant, by their undersigned counsel, hereby stipulate and agree that the above-captioned matter shall be and hereby are dismissed with prejudice, without costs.

COZEN O'CONNOR

WILLIAM N. CLARK, JR., ESQUIRE   ct 23426
The Atrium
1900 Market Street
Philadelphia, PA  19103

Attorneys for Plaintiff

DATED: 3/22/04

TYLER COOPER & ALCORN, LLP

S. PETER SACHNER  ct 13421
205 Church Street
P.O. Box 1936
New Haven, Connecticut 06509-1910

Attorneys for Defendant

DATED: 3/23/04

SO APPROVED:

_____
U.S.D.C.

**FILED** 2004 MAR 29 P 2: 46
U.S. DISTRICT COURT
BRIDGEPORT, CONN